PROB 12C
(6/16)

Report Date: September 16, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 16, 2026
SEAN F. McAVOY, CLERK

## for the

## Eastern District of Washington

ECF No 117

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dale Allen Rockliffe | Case Number: 0980 2:11CR00175-EFS-1

Address of Offender: [redacted] Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 20, 2012

Original Offense: Attempted Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

Original Sentence: Prison - 120 Months; TSR - Life | Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: July 31, 2020

Defense Attorney: Carter Liam Powers Beggs | Date Supervision Expires: N/A

---

## PETITIONING THE COURT

To issue a summons.

On August 19, 2020, Mr. Dale Rockliffe signed his conditions relative to case number 2:11CR00175-EFS-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall defendant enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. Defendant shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

**Supporting Evidence**: Mr. Rockliffe is alleged to have violated special condition number 20, on or about May 28, 2026, by possessing over 30 separate images displaying male genitalia, with numerous images depicting sexually explicit conduct occurring between adults.

On May 25, 2026, automated notification was received from the subject's installed monitoring software, indicating that the subject had accessed a Discord server, with the term "NSFW" in the description. Further investigation revealed that the server possessed numerous images of male genitalia.

On May 28, 2026, a search of Mr. Rockliffe's residence was conducted, and three Internet capable devices were seized, to include his cell phone, home desktop computer and a laptop. All devices were known to the U.S. Probation Officer and were properly monitored. When questioned, Mr. Rockliffe admitted to having viewed content contrary to his conditions. On May 29, 2026, these devices were provided to Homeland Security Investigations (HSI) to allow for further investigation. On August 11, 2026, these devices were returned to the U.S. Probation Office for review of the content extracted from the three devices.

The U.S. Probation Office has since reviewed over a million images extracted from the devices. In addition to those images described herein, numerous images of children, often posing for the cameras without a shirt, or wresting with each other, were also observed. No readily identifiable content appearing to meet the criteria of child sexual abuse material was located.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

September 16, 2026

Date